# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>DDJ, LLC.,<br><br>　　　　Debtor.<br><br>JOE FLORES and CONNIE FLORES,<br><br>　　　　Appellants,<br><br>　　v.<br><br>DDJ, INC., et al,<br><br>　　　　Appellees. | DISTRICT COURT CASE<br>NO. CIV-F-06-0675 AWI<br><br>BANKRUPTCY COURT CASE<br>NO. 05-10002-A-7<br><br>ORDER RE: APPEAL BRIEFING |

　　　This appeal was originally assigned to the district court on June 1, 2006. The district court clerk's office sent out an opening letter stating the parties were to submit the necessary documents to the bankruptcy court clerk's office, whereupon the district court clerk's office would issue a briefing schedule. Doc. 2. The district court docket reflects no notice that the record was completed; no briefing schedule has been issued. However, Appellants have submitted an opening brief and attached excerpts of record. Docs. 3 and 4. In response, Appellees have also filed an opening brief. Doc. 8. At this point, there is neither a designation of record nor a formal statement of issues. As a proper record on which to make a ruling is lacking, the court will disregard these filings. All parties are directed to follow the procedures prescribed by the Federal Rules of Bankruptcy Procedure, the Local Rules, and the instructions sent out by

1

1  the clerk's office.  Once a proper briefing schedule is sent out, the parties are free to resubmit
2  their filings or to modify them to reflect the formal record.

4  IT IS SO ORDERED.

5  Dated:    September 6, 2006         /s/ Anthony W. Ishii
   0m8i78                             UNITED STATES DISTRICT JUDGE