1

2

3

4

5

6

7              **UNITED STATES DISTRICT COURT**

8              **EASTERN DISTRICT OF CALIFORNIA**

9

10   **In re**                                   )      **DISTRICT COURT CASE**
                                                 )      **NO. CIV-F-06-00675 AWI**
11   **DDJ, LLC,**                               )
                                                 )      **BANKRUPTCY COURT CASE**
12                      **Debtor.**              )      **NO. 05-10002-A7**
                                                 )
13   _____            )
                                                 )
14   **JOE FLORES AND CONNIE FLORES,**           )
                                                 )      **MEMORANDUM OPINION AND**
15                      **Appellants**,          )      **ORDER DENYING APPELLANTS**
                                                 )      **JOE FLORES AND CONNIE**
16            **v.**                             )      **FLORES' APPEAL OF**
                                                 )      **BANKRUPTCY COURT'S DENIAL**
17   **DDJ, LLC,**                               )      **OF MOTION FOR RELIEF FROM**
                                                 )      **AUTOMATIC STAY**
18                      **Appellee.**            )
     _____            )

19

20       This case comes before this Court on appeal from the bankruptcy court's denial of *pro se*

21   appellants Joe and Connie Flores' ("Appellants" or the "Floreses") motion for relief from the

22   automatic stay to bring a motion to add judgment debtors in the case *Joe Flores, et al. v. DDJ,*

23   *Inc., et al.*, case no. CIV-F-99-5878.  While the Floreses appeal was under submission in this

24   Court, it appears that the bankruptcy court granted a separate motion brought by the Floreses for

25   relief from the automatic stay on August 9, 2007.  The relief sought by the Floreses in that

26   motion, relief from the automatic stay to bring a motion to add judgment debtors in case no. CIV-

27   F-99-5878, is the same relief sought by the Floreses on appeal.  Accordingly, because the

28   bankruptcy court granted the Floreses the relief they sought on appeal, the Floreses appeal in this

1  Court is moot.  This Court need not decide the issues raised by the parties briefs, particularly

2  whether the claims asserted by the Floreses are property of the bankruptcy estate.

3        For the reasons stated in the above Memorandum Opinion, IT IS HEREBY ORDERED

4  that Appellants Joe and Connie Flores' appeal from the bankruptcy court's denial of their motion

5  for relief from the automatic stay is DENIED as moot.

6

7  IT IS SO ORDERED.

8  **Dated:     August 27, 2007**                    _____/s/ Anthony W. Ishii_____
                                        UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28