UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re )<br>)<br>DDJ, LLC, )<br>)<br>          Debtor. )<br>_____ )<br>)<br>JOE FLORES AND CONNIE FLORES, )<br>)<br>          Appellants, )<br>)<br>   v. )<br>)<br>DDJ, LLC, )<br>)<br>          Appellee. )<br>_____ ) | DISTRICT COURT CASE<br>NO. CIV-F-06-00675 AWI<br><br>BANKRUPTCY COURT CASE<br>NO. 05-10002-A7<br><br><br><br>ORDER DIRECTING CLERK OF<br>COURT TO CLOSE CASE |

     On August 18, 2007, this Court issued an order denying as moot an appeal by *pro se* appellants Joe and Connie Flores of an order issued by the bankruptcy court.  The relief appellants sought in this case, relief from the automatic stay to bring a motion to add judgment debtors in case no. CIV-F-99-5878, was granted by the bankruptcy court in the underlying case on August 9, 2007 while appellants' appeal was under submission in this Court.  There are no other pending motions in this case.

     IT IS HEREBY ORDERED that, in light of this Court's August 18 order, the clerk of court is directed to close this case.  All motions are denied as moot.

IT IS SO ORDERED.

Dated:   September 24, 2007           /s/ Anthony W. Ishii
                                          UNITED STATES DISTRICT JUDGE